# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOHN SPELDRICK,<br><br>            Petitioner,<br><br>   v.<br><br>WARDEN SANDOR,<br><br>            Respondent. | Case No. EDCV 14-00490 R (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 23, 2016

                                            MANUEL L. REAL
                             UNITED STATES DISTRICT JUDGE